MARGARET CARRIG, Respondent, v. CLARA OAKES, AMOR OAKES and JOHN H. O'HERN, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies motions by defendants to correct the error in the form of the verdict and to direct judgment against all defendants for $2,750.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ. [173 Misc. 793.]

LEO LASCELLE, Respondent, v. CHARLES BANKS, Appellant, and CLIFFORD MASTERMAN, Defendant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $500, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur. except Harris, J., who dissents and votes for affirmance. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

HILDA LASCELLE, Respondent, v. CHARLES BANKS, Appellant, and CLIFFORD MASTERMAN, Defendant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $2,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Harris, J., who dissents and votes for affirmance. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of Revoking Letters Testamentary Issued to ELIZABETH S. HARTIGAN upon the Estate of THOMAS G. CRAMER, Deceased.— Order affirmed, with costs against appellant personally. New finding of fact made. All concur. (The order revokes letters testamentary issued to the executrix of decedent's estate and appoints an administrator de bonis non, and charges the executrix with the costs of the proceeding.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

SALVATORE MESSINA, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent.— Judgment and order affirmed, with costs. Memorandum: In our opinion the verdict of the jury is amply supported by the evidence. We have examined the errors complained of and find none of a prejudicial character. All concur. (The judgment is for defendant in an action for damages for personal injuries sustained by reason of contracting silicosis. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.